FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

2013 JUL -1 A 10: 11

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| RUBEN RUDY TRUJILLO, | **DISMISSAL ORDER & MEMORANDUM DECISION** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:12-CV-726 DS |
| STATE OF UTAH et al., | District Judge David Sam |
| Defendants. | |

Plaintiff, former inmate Ruben Rudy Trujillo, filed this *pro se* civil rights suit, see 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, see 28 *id*. 1915. Reviewing the Amended Complaint under § 1915(e), in orders dated February 21 and May 1, 2013, the Court determined Plaintiff's Amended Complaint was deficient. The Court then, in each order, gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days. Plaintiff has not responded. Indeed, the May order was returned to sender, marked, "MOVED, LEFT NO ADDRESS."

**IT IS THEREFORE ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** with prejudice for failure to state a claim under §

1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute. This case is **CLOSED**.

DATED this ___1st___ day of ~~June~~ July 1st, 2013.

BY THE COURT:

_____
JUDGE DAVID SAM
United States District Court